**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LIVINGSTON BENNETT, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:26-CV-03391 |
| v. | ) ) | |
| SWEET CANDY COMPANY, | ) ) | |
| Defendant. | ) | |

**DEFENDANT, SWEET CANDY COMPANY'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Sweet Candy Company ("Defendant"), by their attorney, Adi Kanlic of O'Hagan Meyer, LLC, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1), hereby move to dismiss Plaintiff, Livingston Bennett's Complaint with prejudice for failing to state a claim and for lack of subject matter jurisdiction. A Memorandum of Law in support of this Motion is being submitted herewith.

1.      Plaintiff alleges in his Complaint that he visited the website of Defendant in January 2026 to buy chocolate sticks with his screen reader and that the website was not accessible to him.

2.      Plaintiff requests injunctive relief and compensatory damages from Defendant.

3.      However, Plaintiff's Counts I and II fail at a threshold level because Defendant's website is not a place of accommodation under the ADA and therefore Complaint fails to state a claim for relief.

4.      Further, Plaintiff lacks standing to bring the claims against Defendant because Plaintiff does not allege a real and immediate threat of injury.

#12126686v1

WHEREFORE, this Court should dismiss Plaintiff's Complaint in its entirety. For these reasons and reasons outlined in the Memorandum in Support of this Motion, this Court should grant Defendant, Sweet Candy Company's, Motion to Dismiss, enter an order dismissing the Complaint with prejudice, and grant such other, further relief as this Court deems just.

Dated: May 14, 2026

Respectfully submitted:

By:     */s/ Adi Kanlic*
Counsel for Defendant

Adi Kanlic (IL ARDC# 6320888)
O'HAGAN MEYER LLC
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
(312) 422-6100
(312) 422-6110 fax
akanlic@ohaganmeyer.com

#12126686v1

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on this **14t$^h$ day of May, 2026**, I electronically filed **DEFENDANT SWEET CANDY COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alison Chan, Esq.
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343 | D: 929-442-2154
Email: Achan@ealg.law
*Attorneys for Plaintiff*

<u>*/s/ Adi Kanlic*</u>
Adi Kanlic
O'HAGAN MEYER LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
(T) 312.422.6100
akanlic@ohaganmeyer.com

#12126686v1