**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LIVINGSTON BENNETT, on behalf of himself and all others similarly situated, | ) ) | |
| | ) | Case No. 1:26-CV-03391 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SWEET CANDY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Alison Chan, Esq.
    EQUAL ACCESS LAW GROUP, PLLC
    4903 Avenue N
    Brooklyn, NY 11234
    achan@ealg.law

PLEASE TAKE NOTICE that on **May 21, 2026 at 9:30AM**, we shall appear before the

Honorable Judge Jorge Alsonso or any Judge sitting in his stead, via telephonic conference (call-

in number is 650-479-3207 and access code is 1804010308) and then and there shall present

**Defendant's Motion to Dismiss Plaintiff's Complaint,** a copy of which is attached hereto and

hereby served upon you.

Dated: May 14, 2026                              Respectfully submitted,

Adi Kanlic (IL ARDC# 6320888)          SWEET CANDY COMPANY
O'HAGAN MEYER LLC
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
(312) 422-6100
(312) 422-6110 fax                    By:    /s/ Adi Kanlic_____
akanlic@ohaganmeyer.com                      One of their Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2026, the foregoing document was filed electronically with the Court's CM/ECF system, with notice to be served by operation of the Court's CM/ECF system upon the following:

Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343 | D: 929-442-2154
achan@ealg.law
*ATTORNEYS FOR PLAINTIFF*

*/s/ Adi Kanlic*

Adi Kanlic (ARDC No. 6320888)
O'HAGAN MEYER LLC
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
akanlic@ohaganmeyer.com